**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | |
|---|---|
| DEL VALLE FRESH, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>OFFICE OF ADMINISTRATIVE JUDGES OF THE UNITED STATES DEPARTMENT OF LABOR,<br><br>LORI CHAVEZ-DeREMER, Secretary of the U.S. Department of Labor, in her official capacity,<br><br>and<br><br>PAUL R. ALMANZA, in his official capacity as an Administrative Law Judge of the United States Department of Labor,<br><br>*Defendants.* | **Civil Action No. 7:25-cv-03721** |

**DECLARATION OF ESMERALDA SANDOVAL**

I, Esmeralda Sandoval, make the following declaration in lieu of an affidavit, pursuant to 28 U.S.C. § 1746.  I am aware that this declaration will be filed with the U.S. District Court for the District of South Carolina and that it is the legal equivalent of a statement under oath:

1.     The facts set forth in this declaration are based on my knowledge and, if called as a witness, I can competently testify to their truthfulness under oath. As to those matters that reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

1

2.     I am a citizen of the United States, a resident of South Carolina, and over 18 years of age.

3.     I am fully competent to make this declaration.

4.     Del Valle Fresh, Inc. is a business corporation, organized under the laws of North Carolina, that I caused to be created in 2012.

5.     I am a 50 percent owner of Del Valle Fresh, Inc, along with my husband who owns the other 50 percent.

6.     I am the President of Del Valle Fresh, Inc. and my husband is the Vice President.

7.     My husband and I have been farming in South Carolina for more than 20 years. Prior to that, my husband and I were sharecroppers and performed contract agricultural labor for farms in North Carolina, South Carolina, and Florida for approximately 10 years.

8.     Del Valle Fresh, Inc. is a specialty crop farming operation based in Roebuck in Spartanburg County.

9.     My husband and I, through Del Valle Fresh, Inc. currently lease and farm approximately 200 acres in South Carolina where we grow cucumbers, tomatoes, yellow squash, and zucchini.

10.     Since 2016, we have supplemented our domestic workforce with foreign workers employed through the H-2A agricultural visa program when there was a demonstrated lack of available U.S. labor to fill our available agricultural jobs.

11.     In the current (2025) growing season, we employ two U.S. workers and 92 H-2A workers.

12.     In 2021, I learned that Del Valle Fresh, Inc. was the subject of an investigation by the U.S. Department of Labor ("DOL").

2

13.     In August 2023, I received a copy of a *Notice of Determination* from DOL stating that Del Valle Fresh violated certain regulations in the H-2A agricultural visa program.

14.     As a consequence of the violations, DOL has claims against Del Valle Fresh, Inc. totaling nearly $900,000, and DOL also debarred Del Valle Fresh, Inc. from the H-2A program for a period of 3 years.

15.     Del Valle Fresh, Inc. relies on the H-2A program to meet its seasonal labor needs and a 3-year debarment from the H-2A program threatens the ability of Del Valle Fresh, Inc. to remain in business.

16.     Because I did not agree with DOL's *Notice of Determination*, I instructed the attorney for Del Valle Fresh, Inc. to appeal DOL's determination by requesting a hearing in accordance with the procedures described in the *Notice of the Determination*.

17.     Our attorney requested a hearing in September of 2023, but then I heard nothing more from DOL about this case for more than year until January of 2025.

18.     If there is to be an adjudication of DOL's claims against Del Valle Fresh, Inc., I want those claims to be decided by a jury with an impartial judge in a federal district court.  I do not want those claims to be adjudicated by an Administrative Law Judge who is a DOL employee.

19.     At my direction, our attorney filed with the Administrative Law Judge overseeing the administrative proceeding a demand for a trial by jury pursuant to our rights guaranteed by U.S. Constitution.  The Administrative Law Judge denied our jury trial demand.

20.     Del Valle Fresh, Inc. is currently incurring legal fees and expenses as a result of being forced to defend against DOL's claims in an administrative proceeding where DOL employees investigated the case, are prosecuting the case, and are adjudicating Del Valle Fresh

3

Inc.'s appeal. At the same time, Del Valle Fresh, Inc. is incurring legal fees and expenses in connection with its lawsuit in federal district court to vindicate its rights guaranteed by the U.S. Constitution. These legal fees and expenses are creating a significant financial hardship for Del Valle Fresh, Inc.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

_____07.17.2025_____
        Date

_Esmeralda Sandoval_
        Esmeralda Sandoval

4